G. C. Priest, Appellant, v. F. H. Head, Appellee.

### In Banc.

Appeal from Circuit Court, Marion county; William S. Bullock, Judge.

H. L. Anderson for appellant.

Allred & Davis for appellee.

The bill in this cause was filed by the appellee against the appellant. There was decree for the complainant, and the defendant appeals. The appeal is dismissed on motion of counsel for the appellee.